# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2007

133827

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

TERANCE CHARLES HICKS,
     Defendant-Appellant.

SC: 133827
COA: 266510
Wayne CC: 05-007825-01

_____/

     On order of the Court, the application for leave to appeal the March 15, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     KELLY, J., would hold this case in abeyance pending the outcome of any appeal that may be taken to the United States Supreme Court from this Court's decision in *People v McCuller*, 479 Mich 672 (2007).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2007

_____
Clerk

t0925